

# THE THIRTEENTH COURT OF APPEALS

13-11-00676-CV

GRIZZLY MOUNTAIN AVIATION, INC.
v.
HONEYWELL INTERNATIONAL, INC.

On Appeal from the
County Court at Law No 2 of Nueces County, Texas
Trial Cause No. 08-60524-2

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgments of the trial court should be affirmed. The Court orders the judgments of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

October 17, 2013.